**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

APR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT LAWRENCE WILLIAMS, | No. 16-15661 |
| Plaintiff-Appellant, | D.C. No. 3:14-cv-00174-VPC |
| v. | |
| STEVE KEEFER; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Valerie P. Cooke, Magistrate Judge, Presiding[**]

Submitted April 11, 2017[***]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Robert Lawrence Williams appeals pro se from the district court's summary

judgment in his 42 U.S.C. § 1983 action alleging excessive force during his arrest.

We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Oyama v.*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Univ. of Hawaii*, 813 F.3d 850, 860 (9th Cir. 2015).  We affirm.

The district court properly granted summary judgment because Williams failed to raise a genuine dispute of material fact as to whether the force used during his arrest was objectively unreasonable in light of the facts and circumstances.  *See Graham v. Connor*, 490 U.S. 386, 395-97 (1989) (setting forth the objective reasonableness standard for excessive force determinations).

**AFFIRMED.**